UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**NATASHA C.,**

      **Plaintiff,**

 vs.                  **6:21-CV-1237**
                       **(TJM/DJS)**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____

**Thomas J. McAvoy,**
**Sr. U.S. District Judge**

## DECISION & ORDER

  The Court referred this Complaint, which Plaintiff brought pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3) to challenge the Commissioner of Social Security's denial of her application for social security disability benefits, to Magistrate Judge Daniel J. Stewart for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). Plaintiff alleges that the Commissioner failed to follow the relevant legal standards and lacked substantial evidence for denying her application.

  Judge Stewart's Report-Recommendation, dkt. # 15, issued December 28, 2022, recommends that the Court grant the Commissioner's motion for judgment on the pleadings and deny the Plaintiff's motion for judgment on the pleadings and close the case. Judge Stewart rejects Plaintiff's arguments that the ALJ ignored relevant evidence of her limitations and failed to credit certain opinion evidence properly.

1

No party objected to the Report-Recommendation. The time for such objections has passed. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice and the Court will accept and adopt the Report-Recommendation for the reasons stated therein.

Accordingly:

The Report-Recommendation of Judge Stewart, dkt. # 15, is hereby **ACCEPTED** and **ADOPTED**. The Plaintiff's motion for judgment on the pleadings, dkt. # 11, is hereby DENIED. Defendant's motion for judgment on the pleadings, dkt. # 14, is hereby GRANTED. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

**Dated:** January 23, 2023

Thomas J. McAvoy
Senior, U.S. District Judge