# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Natasha Cabral**
        Plaintiff(s)
  vs.                                  **CASE NUMBER: 6:21-cv-1237 (TJM/DJS)**

**Commissioner of Social Security**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: DECISION & ORDER adopting Report and Recommendations re 15 Report and Recommendations. The Report-Recommendation of Judge Stewart, dkt. # 15, is hereby ACCEPTED and ADOPTED. The Plaintiffs motion for judgment on the pleadings, dkt. # 11, is hereby DENIED. Defendants motion for judgment on the pleadings, dkt. # 14, is hereby GRANTED.

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 23rd day of January, 2023.

DATED: January 23, 2023

_____
Clerk of Court

                                          s/Kathy Rogers
                                          Deputy Clerk